IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| The Sater Design Collection, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:08-4101-TLW-TER |
| ) | |
| Wingard Properties, Inc., James T. Wingard,) | |
| Ray Covington, The Lowery Group, Inc., ) | |
| Robert C. Lowery, Steve Schwartz, and ) | |
| Jennifer Schwartz, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# ORDER

This matter is now before this Court for consideration of the Report and Recommendation ("the Report") issued to the Magistrate Judge to whom this case was previously assigned. (Doc. #95). In the Report, the Magistrate Judge notes that defendant The Lowery Group, Inc. has failed to comply with two Court Orders directing the corporation to obtain counsel. See (Docs. #61, #82). The Magistrate Judge recommends that the answer filed by Robert C. Lowery on behalf of The Lowery Group, Inc., (Doc. #52), be stricken from the record and that the Clerk of Court be directed to make an entry of default as to The Lowery Group, Inc. (Doc. #95). No party filed objections to the Report. Objections were due on March 22, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the Report and the record before this Court, the Report of the Magistrate Judge is **ACCEPTED**. (Doc. #95). For the reasons articulated by the Magistrate Judge, the answer filed by Robert C. Lowery on behalf of The Lowery Group, Inc., (Doc. #52), is hereby **STRICKEN** from the record, and the Clerk of Court is hereby directed to make an entry of default as to defendant The Lowery Group, Inc.

**IT IS SO ORDERED**.

      s/Terry L. Wooten
      United States District Judge

July 9, 2010
Florence, South Carolina