USDC CLERK, FLORENCE SC
RECEIVED
2011 JUL 18  P 4:49

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THE SATER DESIGN COLLECTION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 4:08-cv-4101-TLW |
| | ) |
| WINGARD PROPERTIES, INC., JAMES T. WINGARD, | ) |
| DEBORAH WINGARD, THE LOWREY GROUP, INC., | ) |
| ROBERT C. LOWREY, STEVE SCHWARTZ, AND | ) |
| JENNIFER SCHWARTZ, | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT

This action, having come before the Court upon the stipulation of Plaintiff, The Sater Design Collection, Inc., and Defendants, The Lowrey Group, Inc. and Robert C. Lowrey, and all issues having been duly considered, it is hereby

ORDERED AND ADJUDGED that Plaintiff, The Sater Design Collection, Inc., shall recover the sum of $79,025.60 from Defendants, The Lowrey Group, Inc. and Robert C. Lowrey, jointly and severally, with interest thereon, at the rate of 0.16% per annum.

IT IS SO ORDERED.

Dated: July 18, 2011

Florence, South Carolina

_Terry L. Wooten_
The Honorable Terry L. Wooten
United States District Judge

WE SO MOVE & CONSENT:

/s/ Robert T. King, Esq.
ROBERT T. KING, ESQ.
*Attorney for Plaintiff*

/s/Floyd S. Yarnell, Esq.
FLOYD S. YARNELL, ESQ.
*Attorney for Plaintiff*

THE LOWREY GROUP, INC.
Robert C. Lowrey, as Registered Agent
*Pro Se Defendant*

ROBERT C. LOWREY
*Pro Se Defendant*